UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISSIAH TRAVIS,

                          Plaintiff,

          -against-

DEPARTMENT OF CORRECTIONS (NYC),
ET AL.,

                          Defendants.

25cv5094 (LTS)

CIVIL JUDGMENT

          For the reasons stated in the March 13, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

 Dated:   March 13, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                          Chief United States District Judge